JOHN D. SULLIVAN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

MAY 17 2018

Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ANDREW DAVID PLENTYHAWK, Defendant. | CR 18-71-BLG-SPW<br><br>INDICTMENT<br><br>SECOND DEGREE MURDER<br>Count I<br>Title 18 U.S.C. §§ 1153(a) and 1111<br>(Penalty: Life imprisonment, $250,000 fine, and five years supervised release)<br><br>VOLUNTARY MANSLAUGHTER<br>Title 18 U.S.C. §§ 1153(a) and 1112(a)<br>Count II<br>(Penalty: Fifteen years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

1

## COUNT I

That on or about June 15, 2017, at Crow Agency, in Big Horn County, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian country, the defendant, ANDREW DAVID PLENTYHAWK, an Indian person, unlawfully killed T.B.M. with malice aforethought, in violation of 18 U.S.C. §§ 1153(a) and 1111.

## COUNT II

That on or about June 15, 2017, at Crow Agency, in Big Horn County, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian country, the defendant, ANDREW DAVID PLENTYHAWK, an Indian person, unlawfully killed T.B.M. while in a sudden quarrel or heat of passion, and recklessly with extreme disregard for human life, in violation of 18 U.S.C. §§ 1153(a) and 1112(a).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

2