**JOHN D. SULLIVAN**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 657-6101**
**FAX: (406) 657-6989**
**Email: John.Sullivan2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ANDREW DAVID PLENTYHAWK,**<br><br>Defendants. | **CR 18-71-BLG-SPW**<br><br>**NOTICE OF TRIAL DAYS** |

The United States, represented by Assistant United States Attorney John D. Sullivan, files this notice advising the Court and counsel that the United States anticipates the government's case-in-chief for the trial scheduled for July 30, 2018, will require approximately two and one-half trial days to complete.

1

DATED this 31st day of May, 2018.

                              KURT G. ALME
                              United States Attorney

                              */s/ John D. Sullivan*
                              JOHN D. SULLIVAN
                              Assistant U. S. Attorney