# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>vs.<br><br>ANDREW DAVID PLENTYHAWK,<br><br>                      Defendant. | CR-18-71-BLG-SPW<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

      YOU ARE HEREBY COMMANDED to arrest ANDREW DAVID PLENTYHAWK and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Second Degree Murder, Voluntary Manslaughter and Crime On An Indian Reservation in violation of Title 18 United States Code, Sections 1111, 1112(a) and 1153(a).

Assigned to: John D. Sullivan, AUSA

_/s/ Rhoades_

Judith D. Rhoades, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana

**BAIL FIXED AT NONE**
Date of Issue: 17th day of May, 2018

| *RETURN* | | |
|---|---|---|
| DATE RECEIVED: 5/30/18 | LOCATION: NCDC | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: 5/30/18 | | *Rod Ostermiller*<br>**ACTING**<br>**UNITED STATES MARSHAL** |
| LOCATION: NCDC  LAME DEER, MT | | |
| BY: G. HAYS 2141.25 | Deputy U.S. Marshal | |