# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-71-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER** |
| ANDREW DAVID PLENTYHAWK, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation Hearing presently set for Wednesday, December 10, 2025, at 10:30 a.m., is **VACATED** and **RESET** for **Thursday, December 11, 2025 at 2:30 p.m.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _____ day of December, 2025.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE